UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 21 2016 ★

BROOKLYN OFFICE

| | |
|---|---|
| CARSON OPTICAL, INC. | : |
| | : |
| Plaintiff, | : Civil Action No.: |
| | : 2:15-cv-05949-KAM-AKT |
| v. | : |
| | : |
| CRS GLOBAL, INC., | : |
| and JACK I. CHRISTENSEN | : |
| | : |
| Defendants. | : JANUARY 20, 2016 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the settlement agreement in this matter, Plaintiff hereby dismisses this case without prejudice, each party to bear its own costs and attorneys' fees.

THE PLAINTIFF,
CARSON OPTICAL, INC.

Respectfully submitted,

By /s/ John R. Horvack, Jr.
John R. Horvack, Jr.
Federal Bar No. 14878
Carmody Torrance Sandak & Hennessey, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Tel: 203-777-5501
Fax: 203-784-3199
jhorvack@carmodylaw.com

So Ordered: s/KAM
Kiyo A. Matsumoto
U.S. District Judge

{N5164520}